UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 06-20519

AMAR SLIWO (D-2),                Hon. AVERN COHN

    Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Defendant Amar Sliwo has moved for reconsideration of the Memorandum and Order Denying Defendants' Motions for Acquittal [etc] (Doc. 107).

L.R. 7.1(g)(3) reads:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Defendant's analysis of the evidence at trial does not meet the standards of the rule allowing for reconsideration: that the Court erred in denying the motion for acquittal. Defendant's involvement in the events explicated at trial was sufficient for the jury to make

the reasonable inference that defendant was guilty of the crimes charged. Defendant's presence in the sequence of events described at trial was more than coincidence.[1]

The motion for reconsideration is DENIED.

SO ORDERED.

       s/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

Dated: January 13, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 13, 2009, by electronic and/or ordinary mail.

       s/Julie Owens
       Case Manager, (313) 234-5160

---

[1] As the government said in response to the motion, there is too much real estate between Hazel Park, Highland Park, and Dearborn for all of the contacts to be mere coincidence.