UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. 06-20519

AMAR SLIWO (D-2),                                   Hon. AVERN COHN

    Defendant.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION
AND
EXTENDING REPORT DATE**

On February 10, 2009, the Court denied defendant's motion for bond pending appeal (Doc. 121). Defendant has moved for reconsideration (Doc. 123). The motion is DENIED. See L.R. 7.1 g (3).

Defendant shall report to the institution designated by the Bureau of Prisons before **Noon on October 01, 2009**.

    SO ORDERED.


Dated: February 25, 2009        S/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 25, 2009, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                        Case Manager, (313) 234-5160