UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-2, AMAR SLIWO,

                Defendant.
_____/

CRIMINAL NO. 06-20519
HONORABLE AVERN COHN

### **ORDER GRANTING MOTION FOR JUDGMENT OF ACQUITTAL**

Before the Court is the defendant's Motion for Judgment of Acquittal. The Court being fully advised in the premises,

IT IS ORDERED that the motion is GRANTED. The Court will enter a judgment of acquittal.

IT IS FURTHER ORDERED that the defendant be released from the Bureau of Prisons forthwith.

SO ORDERED.

Dated: October 6, 2010
                      S/Avern Cohn
                      AVERN COHN
                      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 6, 2010, by electronic and/or ordinary mail.

                      S/Julie Owens
                      Case Manager, (313) 234-5160